396 A.2d 52

Commonwealth v. Stachura, Appellant.

Submitted

November 14, 1977. Stephen L. Dugas, Assistant Public Defender, for appellant; D. Gerard Long, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.